People of the State of Illinois, Defendant in Error, v. John Player, Plaintiff in Error.

Gen. No. 9,257.

opinion filed February 25, 1941; rehearing denied April 1, 1941. George

436

I. Hicks and Hoff & Hoff, for plaintiff in error; John E. Cassidy, Attorney General, for defendant in error; L. Cantrill, of counsel, and A. B. Dennis, Assistant Attorney General. Opinion by JUSTICE RIESS. ''Not to be published in full.''